BETANCOURT, VAN HEMMEN, GRECO & KENYON LLC
Attorneys for Plaintiff
46 Trinity Place
New York, New York 10006
212-297-0050
Todd P. Kenyon (TK 7654)
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
:
WESTERN BULK PTE. LTD.                     :
:
       Plaintiff,                     :    08 Civ. 4503 (DC)
:
-against-                                  :    **RULE 7.1 DISCLOSURE**
:
ELITE FACTORY FOR PRECAST                  :
& STEEL PRODUCTS & BUILDING                :
MATERIALS                                  :
:
       Defendant.                     :
:
------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Western Bulk Pte. Ltd. identifies the following corporate parents and publicly traded corporations which own at least 10% of its stock:

NONE.

Dated: May 14, 2008

                                     BETANCOURT, VAN HEMMEN, GRECO & KENYON LLC
                                     Attorneys for Plaintiff

                       By _____
                               Todd P. Kenyon (TK 7654)
                               Attorneys for Plaintiff
                               46 Trinity Place
                               New York, New York 10006
                               212-297-0050