UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
WESTERN BULK PTE. LTD.

        Plaintiff,

-against-

ELITE FACTORY FOR PRECAST
& STEEL PRODUCTS & BUILDING
MATERIALS

        Defendant.
-------------------------------------------------------X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 05-15-08

08 Civ. 4503

**ORDER APPOINTING PERSONS
TO SERVE RULE B PROCESS**

    **NOW**, upon application of Plaintiff for an Order appointing Joseph Cardillo, or any other partner, associate, paralegal or agent of Betancourt, Van Hemmen, Greco & Kenyon LLC who is over 18 years of age and is not a party to this action, to serve the Process of Maritime Attachment and Garnishment, Order for Issuance of Process of Maritime Attachment, Summons, Verified Complaint and Interrogatories herein on garnishees, and it appearing that substantial savings in process and travel fees will result from such appointment, it is hereby:

    **ORDERED** that Joseph Cardillo, or any other partner, associate, paralegal or agent of Betancourt, Van Hemmen, Greco & Kenyon LLC who is over 18 years of age and is not a party to this action, be and hereby are appointed to serve the Process of Maritime Attachment and Garnishment, Order for Issuance of Process of Maritime Attachment, Summons, Verified Complaint and Interrogatories herein on garnishees.

Dated: New York, New York
       May 15, 2008

SO ORDERED:

_____
U. S. D. J.